# UNITED STATES DISTRICT COURT
для the
Eastern District of North Carolina ▼

| | |
|---|---|
| The Phoenix Insurance Company a/s/o East West Mfg )<br>*Plaintiff* )<br>v. ) Case No.<br>PHD Energy, Inc. and Flock Group Inc. )<br>*Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, The Phoenix Insurance Company, a/s/o East West Manufacturing, LLC.

Date: 03/04/2024

_____
*Attorney's signature*

Albert S. Nalibotsky (#19478)
*Printed name and bar number*
Saltz Nalibotsky
6101 Carnegie Boulevard, Suite 440
Charlotte, NC 28209

*Address*

analibotsky@s-nlaw.com
*E-mail address*

(704) 910-2680
*Telephone number*

*FAX number*