IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO.: _____

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, as subrogee of East West Manufacturing, LLC, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| PHD ENERGY, INC. and FLOCK GROUP INC., | )<br>)<br>) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to 7.1 of the Federal Rules of Civil Procedure, plaintiff The Phoenix Insurance Company, as subrogee of East West Manufacturing, LLC, respectfully submits the following Disclosure Statement:

Plaintiff The Phoenix Insurance Company, is 100% owned by The Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family.

This 4th day of March, 2024.

                                                SALTZ NALIBOTSKY

                                                */s/ Albert S. Nalibotsky*
                                                Albert S. Nalibotsky, Esquire
                                                NC Bar No.: 19478
                                                6101 Carnegie Boulevard, Suite 440
                                                Charlotte, North Carolina 28209
                                                Phone: 704-910-2680
                                                Email: analibotsky@s-nlaw.com
                                                *Counsel for Plaintiff*