IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CV-33-D-RJ

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, as subrogee of East West Manufacturing, LLC, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| PHD ENERGY, INC. and FLOCK GROUP INC., | )<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Western Division case. The Honorable James C. Dever III, United States District Judge, will remain the presiding judge. **All future filings should reflect the new case number of 5:24-CV-121-D-RJ.** No further filing shall be made in 4:24-CV-33-D-RJ.

SO ORDERED. This 6th day of March, 2024.

/s/ Peter A. Moore, Jr.
Clerk of Court